IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL CASE NO. 2:11cr07**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **CITRUS U-GNA-ST BIGWITCH.** ) | |
| ) | |

**THIS MATTER** came before the Court on August 17, 2011 at which time the Government made an oral motion to dismiss this action.

For the reasons stated in Court, the motion is granted.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED**.

Signed: August 30, 2011

Martin Reidinger
United States District Judge